■ MARY E. WINTERS, Appellant, v THEODORE M. BECK, Respondent. —In a medical malpractice action, plaintiff appeals from (1) an order of the Supreme Court, Westchester County, dated March 26, 1980, which granted defendants' motion to dismiss the complaint on the ground that it was time barred by the applicable Statute of Limitations, and (2) the judgment entered thereon on May 28, 1980. Appeal from the order dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Judgment affirmed, without costs or disbursements (see *Merced v New York City Health & Hosps. Corp.,* 44 NY2d 398, 414-415; *McKnight v New York City Health & Hosps. Corp.,* 70 AD2d 587). Damiani, J. P., Titone, Cohalan and Weinstein, JJ., concur.

■ NADINE ZIEGLER, Respondent, v FIRESTONE TIRE & RUBBER CO., Defendants, and FORD MOTOR COMPANY, Appellant.—In an action, *inter alia,* to recover damages for personal injuries, defendant Ford Motor Company appeals from an order of the Supreme Court, Dutchess County, dated March 26, 1980, which granted plaintiff's motion to strike certain of its interrogatories. Order modified by deleting therefrom the provision striking paragraph 13 of the interrogatories. As so modified, order affirmed, with $50 costs and disbursements payable to the plaintiff (see *Wasmuth v Hinds-Toomy Auto Corp.,* 39 AD2d 723). The time within which the plaintiff is to answer said interrogatory is extended until 30 days after service upon her of a copy of the order to be made hereon together with notice of entry thereof. Mollen, P. J., Titone, Gulotta and O'Connor, JJ., concur.